# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CAPELTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SHINN, Warden,<br><br>　　　　Respondent. | Case No. CV 18-04777 DOC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action without prejudice for lack of jurisdiction.

DATED: August 7, 2018

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE