JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CAPELTON,<br><br>        Petitioner,<br><br>  v.<br><br>SHINN, Warden,<br><br>        Respondent. | Case No. CV 18-04777 DOC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED: August 7, 2018

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE